No. 74–1488.  KLEPPE, SECRETARY OF THE INTERIOR *v.* NEW MEXICO ET AL., 426 U. S. 529;

No. 74–1542.  UNION ELECTRIC CO. *v.* ENVIRONMENTAL PROTECTION AGENCY ET AL., 427 U. S. 246;

No. 74–5196.  HOUSE *v.* GEORGIA, 428 U. S. 910;

No. 74–6168.  HALLMAN *v.* FLORIDA, 428 U. S. 911;

No. 74–6207.  ROSS *v.* GEORGIA, 428 U. S. 910;

No. 74–6377.  SULLIVAN *v.* FLORIDA, 428 U. S. 911;

No. 74–6547.  MOORE *v.* GEORGIA, 428 U. S. 910;

No. 74–6557.  McCORQUODALE *v.* GEORGIA, 428 U. S. 910;

No. 74–6563.  SAWYER *v.* FLORIDA, 428 U. S. 911;

No. 74–6717.  ALFORD *v.* FLORIDA, 428 U. S. 912;

No. 74–6736.  JARRELL *v.* GEORGIA, 428 U. S. 910;

No. 75–252.  MEACHUM, CORRECTIONAL SUPERINTENDENT, ET AL. *v.* FANO ET AL., 427 U. S. 215;

No. 75–292.  SERBIAN EASTERN ORTHODOX DIOCESE FOR THE UNITED STATES AND CANADA ET AL. *v.* MILIVOJEVICH ET AL., 426 U. S. 696;

No. 75–312.  YOUNG, MAYOR OF DETROIT, ET AL. *v.* AMERICAN MINI THEATRES, INC., ET AL., 427 U. S. 50;

No. 75–928.  ESTELLE, CORRECTIONS DIRECTOR, ET AL. *v.* JUSTICE, U. S. DISTRICT JUDGE, ET AL., 426 U. S. 925;

No. 75–974.  WEST PENN POWER CO. *v.* TRAIN, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY, 426 U. S. 947;

No. 75–1162.  WINTERS BATTERY MANUFACTURING CO. *v.* USERY, SECRETARY OF LABOR, 425 U. S. 991;

No. 75–1219.  SEXTON *v.* SIMON, SECRETARY OF THE TREASURY, ET AL., 425 U. S. 973;

No. 75–1233.  REA EXPRESS, INC. *v.* CIVIL AERONAUTICS BOARD ET AL., 426 U. S. 906;

No. 75–1363.  ALESSIO *v.* UNITED STATES, 426 U. S. 948;

No. 75–1429.  YEE *v.* YEE ET AL., 426 U. S. 911; and

No. 75–1466.  BOSTON HOME & SCHOOL ASSN. *v.* MORGAN ET AL., 426 U. S. 935.  Petitions for rehearing denied.